Case 2:17-cv-01216-RAJ Document 1-4 Filed 10/25/16 Page 1 of 6



# (Set/4) Taco Divider Plates Set - Keep Shells Upright Dish W/ Side Sections

by JARRATT INDUSRIES LLC

★★★★★ ▼ 28 customer reviews

List Price: $17.98
Price: **$14.95** ✓Prime | **Fast, FREE Shipping** with Amazon Prime
You Save: $3.03 (17%)

In Stock.
**Want it tomorrow, Sept. 23?** Order within **7 hrs 36 mins** and choose **One-Day Shipping** at checkout. Details
Sold by CT DISCOUNT STORE and Fulfilled by Amazon.
Gift-wrap available.

- Handy plates with dividers keep hard or soft taco shells upright.
- Includes separate sections for rice, beans or other sides.
- High-density reusable plastic is grease and stain resistant.
- Microwave/dishwasher safe. US made.
- Set of 4. 13"x 8.75"

2 new from $14.95



**Find Products for your Kitchen**
Selection for all your Kitchen needs; from pendant lights to appliances, cookware and more. Shop Now

Share ✉ 📘 🐦 📌

Qty: 1

☐ Yes, I want FREE Two-Day Shipping with Amazon Prime

[ 🛒 Add to Cart ]

Turn on 1-Click ordering for this browser

**Ship to:**
POCAHONTAS, AR 72455 ▼

[ Add to List ]

[ Add to Wedding Registry ]

**Other Sellers on Amazon**
2 new from $14.95

Have one to sell?  [ Sell on Amazon ]

Home @ Above
**Home and Above Snack Serving Tray**
Creative Multi Sectional Snack Serving Tray Set with Lid. Can Hold Dried Fru...
★★★★☆ 43
$49.99 $25.99

ad feedback

## Frequently Bought Together



Total price: $21.96
[ Add both to Cart ]
[ Add both to List ]

☑ **This item:** (Set/4) Taco Divider Plates Set - Keep Shells Upright Dish W/ Side Sections $14.95
☑ Norpro 1061 Taco Press $7.01

## Customers Who Bought This Item Also Bought

| | | | | Exhibit 4 |

    

Imusa Salsa Dish 3 Piece, Multi Color
★★★★☆ 22
$9.93

Fiesta Taco Plates, Set of 4 by WalterDrake
★★★★☆ 115
$14.49 ✓Prime

Norpro 1061 Taco Press
★★★★☆ 382
$7.01 ✓Prime

IMUSA, MEXI-1000-TORTW, Tortilla Warmer, Brick Color, 8.5-Inches
★★★★☆ 383
$5.99

Fred & Friends TACO TRUCK Taco Holder, Set of 2
★★★★★ 132
$11.54 ✓Prime





TacoProper Taco Holder
FiestaPak Set of 12
☆☆☆☆☆ 402
$9.99 *Prime*

## Sponsored Products Related To This Item (What's this?)

    

| Sunsella Buddy Boxes - 3 Compartment Containers (4 Pack) Reusable Bento Lunch... | Premium Quality Taco Stands, Rustproof 100% Stainless Steel Holders for Hard or Soft Shell... | Matcha Green Tea Powder All Natural Weight Loss Metabolism Booster and Diet... | Modern Innovations Stainless Steel Stemless Wine Glasses, Set of 4, 18 Oz Made of... | Taco Holder - Taco Stand Up Shells - Stainless Steel (2 Pack) GAINWELL |
|---|---|---|---|---|
| ☆☆☆☆☆ 930 | ☆☆☆☆☆ 24 | ☆☆☆☆☆ 675 | ☆☆☆☆☆ 96 | ☆☆☆☆☆ 31 |
| $13.89 *Prime* | $13.75 *Prime* | $24.95 *Prime* | $34.99 *Prime* | $8.99 *Prime* |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **Side Plate**  
  Mounts, Shoulder Rigs, & More! In Stock, Same Day Shipping.  
  www.woodencamera.com/camera-gear

- **Dishes Set**  
  Handcrafted & Durable Porcelain Cookware. Order Online Today.  
  www.didriks.com/Revol-France-Porcelain

- **Sale: Divided Plate Set**  
  Save on **Divided Plate Set**. Compare And Save!  
  www.salebutler.us/**Divided+Plate+Set**

- **Harlequin RIP Solutions**  
  RIP software for offset, digital, flexo, and packaging  
  www.xitron.com/

Ad feedback

## Special Offers and Product Promotions

- Your cost could be **$0.00** instead of **$14.95**! Get a **$50.00 gift card instantly** upon approval for the **Amazon.com Rewards Visa Card**. Apply now.

## Compare to Similar Items

   

| | **This item: (Set/4) Taco Divider Plates Set - Keep Shells Upright Dish W/ Side Sections** | Fiesta Taco Plates, Set of 4 by WalterDrake | Fiesta Taco Holder Plates Set of Six Multi Colored Plates | Taco Plate Set of 4 Green/blue /orange/yellow |
|---|---|---|---|---|
| Customer Rating | ☆☆☆☆☆ (28) | ☆☆☆☆☆ (115) | ☆☆☆☆☆ (54) | ☆☆☆☆☆ (35) |
| Price | $14.95 | $14.49 | $22.49 | $17.99 |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | CT DISCOUNT STORE | Natural State Mercantile | CT DISCOUNT STORE | Wire Whisk |
| Color | Red | Red, blue, orange and green, each plate is a solid different color | Assorted | green, orange, yellow, blue |
| Item Package Weight | 0.85 pounds | 0.85 pounds | 1.6 pounds | 1.1 pounds |

| Item Package Weight | | | | |
|---|---|---|---|---|
| Material | Plastic | Plastic | Plastic | Plastic |
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

Please help us improve this feature. Tell us what you think of this feature.

## Product Description

Taco Divider Plates Set
Handy plates with dividers keep hard or soft taco shells upright while you prepare AND eat them! Includes separate sections for rice, beans or other sides. High-density reusable plastic is grease and stain resistant. Set of 4. Microwave/dishwasher safe. US made. 13"x 8.75".

## Product Information

| Product Dimensions | 13 x 9 x 2 inches |
|---|---|
| Item Weight | 15.2 ounces |
| Shipping Weight | 15.2 ounces (View shipping rates and policies) |
| Manufacturer | JARRATT INDUSRIES LLC |
| ASIN | B00L3H82DQ |
| Customer Reviews | ★★★★★ ▾   28 customer reviews<br>4.8 out of 5 stars |
| Best Sellers Rank | #30,972 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#44 in Kitchen & Dining > Tabletop > Plates > Accent Plates |
| Date first available at Amazon.com | June 18, 2014 |

### Feedback

Would you like to give feedback on images?
Would you like to tell us about a lower price?

## Sponsored Products Related To This Item (What's this?)

    

| Taco Tuesday Taco Holders (2 PACK - 2 TACO HOLDER) Family Dinner Best Tacos Easy | Taco Holder - Taco Stand Up Shells - Stainless Steel (2 Pack) GAINWELL | Light Blue Cooking Utensil Set - Stainless Steel & Silicone Heat Resistant Kitchen Tools - | The Ultimate Taco Holder Set Of 2 By ROWLIX | Premium Stainless Steel Taco Racks | Easy To | PARTY 2 PACK - Stainless Steel Taco Holders - 3 TACOS PER HOLDER |
| ★★★★★ 51 | ★★★★★ 31 | ★★★★☆ 210 | ★★★★★ 59 | ★★☆☆☆ 10 |
| $13.95 ✓Prime | $8.99 ✓Prime | $27.95 ✓Prime | $12.95 ✓Prime | $11.99 ✓Prime |

Ad feedback 💬

## Customer Questions & Answers

See questions and answers

## Customer Reviews

★★★★★ 28
4.8 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | | 86% |
| 4 star | | 11% |
| 3 star | | 3% |
| 2 star | | 0% |
| 1 star | | 0% |

**Share your thoughts with other customers**

[Write a customer review]

See all 28 customer reviews ›



Available now with a STARZ free trial
Watch now   STARZ
Ad feedback

## Top Customer Reviews

★★★★★ **Terrific Taco Plate!**
By Pierrot on September 19, 2016
Verified Purchase

We do Taco Tuesdays, and I have been looking for a gift for my daughter "The Cook". These are just perfect! No only do we have the upright holders for her tacos, but now we have separate places for beans, salad, rice, olives or sour cream. The tacos stay crisper now!

Comment   Was this review helpful to you? [Yes] [No]   Report abuse

★★★★★ **Great product for the price!**
By Lou G on February 22, 2015
Verified Purchase

Great product for the price. The photo shown looks almost what my 3 tacos I made when I first tried it. So handy to keep taco shells upright, whether solid shells, or fried soft shells, or plain flour tortillas. I bought a set for my Dad in NM also, and he likes them!

Comment   One person found this helpful. Was this review helpful to you? [Yes] [No]   Report abuse

★★★★★ **Great!**
By Patrice Salinas on May 16, 2015
Verified Purchase

At first I didn't think the holders were deep enough. But I was wrong. These were so nice for serving tacos and some sides. I wanted them for dominoe night, they were perfect. And such colors! My friends loved them. I would definitely recommend.

Comment   Was this review helpful to you? [Yes] [No]   Report abuse

★★★★★ **Absolutely LOVE these plates**
By Deana Gascoigne on August 24, 2016
Verified Purchase

Absolutely LOVE these plates. I use them in our camper. We love hard shell tacos and these make dishing up for a meal very easy. They aren't very big if you want large servings of sides (beans, rice, etc...) but you can always go back for seconds. The important thing is that making your tacos is a breeze! When camping we don't always have a "table" to sit at so we are sitting in chairs to eat. These plates are light weight and easy to hold onto.

Comment   Was this review helpful to you? [Yes] [No]   Report abuse

★☆☆☆☆ **Fun and functional**
By Renata P. on July 25, 2015
Verified Purchase

My husband and I love tacos and always fight to keep them upright when filling them up. These plates allow you to fill three tacos and keep them from tipping over and spilling the goods. LOL
The two areas at the front are great for rice and beans. We love taco night at home even more now.

Comment   Was this review helpful to you? [Yes] [No]   Report abuse

★★★★★ **These plates work great for taco night**
By Linda F. Elliott on April 21, 2015
Verified Purchase

### Most Recent Customer Reviews

★★★★★ **Fun plates**
Love these plates. They are fun and colorful. Easily holds your tacos and sides. Also dishwasher safe for easy clean up.
Published 1 month ago by Dawn

★★★★★ **Five Stars**
It was exactly as pictured.
Published 3 months ago by Amazon Customer

★★★★★ **Love**
Perfect for Taco Tuesday!
Published 4 months ago by Doug

★★★★★ **I love to use these plates.**
These plate help keep you taco filling in the taco shell.
Published 5 months ago by scubadiver

★★★★★ **Five Stars**
These are great for taco night! Love that they're microwaveable and dishwasher safe.
Published 7 months ago by Jill

★★★★★ **Five Stars**
Finally able to keep our tacos upright!
Published 8 months ago by debra a porwoll

★★★★★ **Very Good Seller & Product !**
Taco plates arrived in good shape just as advertised. Sorry I'm so late with review, because of illness & surgeries.
Published 8 months ago by Mikey Faulds

★★★★★ **Five Stars**
LOVE this!!!!! These are great!!!
Published 8 months ago by Carrie Kennedy

★★★★☆ **Nice deal, good size.**
Nice deal, good size.
Published 1 year ago by Taajer

★★★★☆ **fun to use**
does the job wish it was stiffer. but they sure are fun to use.
Published 1 year ago by 4birds

### Search Customer Reviews

Verified Purchase

These plates work great for taco night. It's so nice to have the tacos keep falling over on the plate. My granddaughters love them and enjoy picking out the color that want for that meal. Anyone who eats tacos will enjoy the convenience of use.

Comment   One person found this helpful. Was this review helpful to you?  [Yes]  [No]  Report abuse

☆☆☆☆☆ **Five Stars**
By Shirley E on May 15, 2015
Verified Purchase

Love them and they even work with the flat bottom taco's.

Comment   2 people found this helpful. Was this review helpful to you?  [Yes]  [No]  Report abuse

☆☆☆☆☆ **Perfect!**
By A. Ellis on January 7, 2015
Verified Purchase

Perfect plates for taco night!

Comment   2 people found this helpful. Was this review helpful to you?  [Yes]  [No]  Report abuse

See all 28 customer reviews (newest first) ›

[Write a customer review]

## Customers Who Viewed This Item Also Viewed

    

Fiesta Taco Plates, Set of 4 by WalterDrake
☆☆☆☆☆ 115
$14.49 ✓Prime

Fiesta Taco Holder Plates Set of Six Multi Colored Plates
☆☆☆☆☆ 54
$22.49 ✓Prime

TacoProper Taco Holder FiestaPak Set of 12
☆☆☆☆☆ 402
$9.99 ✓Prime

Set of 6 - Taco Holder Stand Up Divider Plates Multi Colored Plastic Plates
☆☆☆☆☆ 30
$25.95 ✓Prime

Taco Stand Up Holders - 8 Pack
☆☆☆☆☆ 203
$15.07 ✓Prime



Arrow Plastics Manufacturing 00101 Fiesta Taco Plate, Multicolor
☆☆☆☆☆ 2
$13.80 ✓Prime



Exclusive online-only offer from America's #1 network.   verizon

Ad feedback

**Pages with Related Products.** See and discover other items: reusable utensils

Back to top

Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You

| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
|---|---|---|---|
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

amazon

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
|---|---|---|---|---|---|
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates