

amazon | Kitchen & Dining ▼ | [search] | Back to School — Sponsored by Lysol

Departments ▼ | Your Amazon.com | Today's Deals | Gift Cards & Registry | Sell | Help | Hello, Sign in Your Account ▼ | Try Prime ▼ | Lists ▼ | Cart 0

Kitchen & Dining | Best Sellers | Wedding Registry | Small Appliances ▼ | Kitchen Tools ▼ | Cookware ▼ | Bakeware ▼ | Cutlery ▼ | Dining & Entertaining ▼

Home & Kitchen › Kitchen & Dining › Dining & Entertaining › Plates › Accent Plates



Click to open expanded view

### Fiesta Taco Holder Plates Set of Six Multi Colored Plates
by Jarratt Industries

★★★★☆ · 54 customer reviews | 3 answered questions

Price: **$22.49** & **FREE Shipping** on orders over $49. Details

Only 12 left in stock.
Want it **Monday, Sept. 26?** Order within 19 hrs 43 mins and choose **One-Day Shipping** at checkout. Details
Sold by CT DISCOUNT STORE and Fulfilled by Amazon. Gift-wrap available.

Size: **6 Taco Plates**

| 6 Double Dipper Bowl $18.50 | **6 Taco Plates** $22.49 |

- Dishwasher Safe
- Reusable
- Made in the USA
- Set of 6
- Microwave Safe and BPA Free

7 new from $22.49


Off to College — IN HOME AND KITCHEN — Shop now ›

Share ✉ f ✖ ⓟ

Qty: 1 ▾

☐ Yes, I want **FREE Two-Day Shipping** with Amazon Prime

[ Add to Cart ]

Turn on 1-Click ordering for this browser

Ship to:
POCAHONTAS, AR 72455 ▾

[ Add to List ]

**Other Sellers on Amazon**

$22.49 [ Add to Cart ]
& FREE Shipping on eligible orders. Details
Sold by: Boon Sales

$22.67 [ Add to Cart ]
& FREE Shipping on eligible orders. Details
Sold by: Red Co Products

7 new from $22.49

Have one to sell? [ Sell on Amazon ]

## Frequently Bought Together



Total price: $28.48
[ Add both to Cart ]
[ Add both to List ]

☑ **This item:** Fiesta Taco Holder Plates Set of Six Multi Colored Plates $22.49
☑ IMUSA, MEXI-1000-TORTW, Tortilla Warmer, Brick Color, 8.5-Inches $5.99 [Add-on Item]

## Customers Who Bought This Item Also Bought

Page 1 of 4

    

Set of 2 Fiesta Taco Tray, Perfect for Serving Taco's
★★★★☆ 2
$18.00 *Prime*

Norpro 1061 Taco Press
★★★★☆ 382
$7.01 *Prime*

IMUSA, MEXI-1000-TORTW, Tortilla Warmer, Brick Color, 8.5-Inches
★★★★☆ 383
$5.99

Norpro 1062 Taco Rack
★★★★☆ 71
$10.56 *Prime*

TacoProper Taco Holder FiestaPak Set of 12
★★★★☆ 402
$9.99 *Prime*

## Sponsored Products Related To This Item (What's this?)

Exhibit 5

Page 1 of 6

    

| | | | | |
|---|---|---|---|---|
| Perlli Chilled Condiment Server on ice with 4 Removable Containers Serving tray ★★★★☆ 60 $21.99 ✓Prime | Sunsella Buddy Boxes - 3 Compartment Containers (4 Pack) Reusable Bento Lunch... ★★★★☆ 932 $13.89 ✓Prime | Modern Innovations Stainless Steel Stemless Wine Glasses, Set of 4, 18 Oz Made of... ★★★★☆ 97 $34.99 ✓Prime | Oven Safe, Heavy Duty Stainless Steel Baking Rack & Cooling Rack, 12 x 17 inches Fits Half... ★★★★★ 372 $16.99 ✓Prime | Wowly Pistachio Bowl - Double Dish Nut Bowl with Pistachios Shell Storage - Green ★★★★★ 49 $13.97 ✓Prime |

Ad feedback 💬

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **Fiesta Dinnerware Sets** Sale 🗗
  2016 Limited Offers! Find **Fiesta Dinnerware Sets** Now
  www.shoppermart.net/Fiesta+Dinnerware+Sets

- **Fiesta** Dinner **Plates** 🗗
  360,000 Patterns in China, Crystal & Silver. Some Over 100 Years Old!
  www.replacements.com/

- **Taco Holders** 🗗
  **Taco Holders** In Stock. Stainless Steel **Taco Holders**. Quick Shipping!
  www.eliterestaurantequipment.com/

- 6" Disposable **Plate** 🗗
  Dixie Makes Meals Easier. Visit Dixie.com To Learn More Today!
  www.dixie.com/

Ad feedback 💬

## Special Offers and Product Promotions

Size: 6 Taco Plates

- Your cost could be **$0.00 instead of $22.49**! Get a **$50.00 gift card instantly** upon approval for the **Amazon.com Rewards Visa Card.** Apply now.

## Product Description

Size: 6 Taco Plates

Perfect for parties

## Product Information

Size: 6 Taco Plates

| | |
|---|---|
| Product Dimensions | 14.4 x 8.5 x 2.2 inches |
| Item Weight | 1.6 pounds |
| Shipping Weight | 1.6 pounds (View shipping rates and policies) |
| Manufacturer | Jarratt Industries |
| ASIN | B009YKH3M0 |
| Customer Reviews | ★★★★☆ ▾  54 customer reviews  4.4 out of 5 stars |
| Best Sellers Rank | #37,993 in Home and Kitchen (See Top 100 in Home and Kitchen) #54 in Kitchen & Dining > Tabletop > Plates > Accent Plates |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to give feedback on images?
Would you like to tell us about a lower price?

## Compare to Similar Items



| | This item: Fiesta Taco Holder Plates Set of Six Multi Colored Plates | Fiesta Taco Plates, Set of 4 by WalterDrake | (Set/4) Taco Divider Plates Set - Keep Shells Upright Dish W/ Side Sections | Taco Plate Set of 4 Green/blue /orange/yellow |
|---|---|---|---|---|
| Customer Rating | ★★★★☆ (54) | ★★★★☆ (115) | ★★★★★ (28) | ★★★★☆ (35) |
| Price | $22.49 | $14.49 | $14.95 | $17.99 |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | CT DISCOUNT STORE | Natural State Mercantile | CT DISCOUNT STORE | Wire Whisk |
| Color | Assorted | Red, blue, orange and green, each plate is a solid different color | Red | green, orange, yellow, blue |
| Item Package Weight | 1.6 pounds | 0.85 pounds | 0.95 pounds | 1.1 pounds |
| Material | Plastic | Plastic | Plastic | Plastic |

Add to Cart                    Add to Cart                    Add to Cart

Please help us improve this feature. Tell us what you think of this feature.

## Sponsored Products Related To This Item (What's this?)

Page 1 of 12







| Premium Taco Holders, Restaurant Style Mexican Food Stainless Steel Rack Stand Holds... | Premium Quality Taco Stands. Rustproof 100% Stainless Steel Holders for Hard or Soft Shell... | [Premium-Pack] Long Lasting 3-Compartment BPA FREE Stackable Meal Prep Food... | New Star 48025 Stainless Steel Condiment Dispenser with 4 Compartments | The Ultimate Taco Holder Set Of 2 By ROWLIX | Premium Stainless Steel Taco Racks | Easy To... |
|---|---|---|---|---|
| ★★★★★ 107 | ★★★★★ 24 | ★★★★☆ 636 | ★★★★☆ 58 | ★★★★★ 62 |
| $13.99 *Prime* | $13.75 *Prime* | $19.97 *Prime* | $19.38 *Prime* | $12.95 *Prime* |

Ad feedback

## Customer Questions & Answers

🔍 Have a question? Search for answers

▲
0
votes
▼

| Question: | What material is used? |
|---|---|
| Answer: | Plastic. |
| | By Patricia A. Smith on March 21, 2015 |

▲
0
votes
▼

| Question: | Are these BPA free? |
|---|---|
| Answer: | Yes they are BFA free. |
| | By Boon Sales on December 24, 2015  SELLER |
| | ⌄ See more answers (2) |

▲
0
votes
▼

| Question: | What's the size of the plates? |
|---|---|
| Answer: | 13" x 9" |
| | By Patricia A. Smith on May 4, 2015 |

## Customer Reviews

★★★★★ 54
4.4 out of 5 stars ▾

| 5 star | 74% |
| 4 star | 17% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 4% |

See all 54 customer reviews ›

Share your thoughts with other customers

[ Write a customer review ]



Tide Pods HE Turbo Laundry Detergent Packs
★★★★☆ 713
$26.55 $18.04 *Prime*
Save: $8.51 (32%)

[ Add to Cart ]

Ad feedback

## Top Customer Reviews

★★★★★ **Awesome Plates**
By Libby Cherry on April 18, 2013
Size: 6 Taco Plates | Verified Purchase

We love tacos and have them pretty frequently. I just bought these several weeks ago and they are great! Well made, holds our tacos well so we can load them up, and wash up nicely in the dishwasher.

Comment | 6 people found this helpful. Was this review helpful to you? [ Yes ] [ No ]  Report abuse

### Most Recent Customer Reviews

★★★☆☆ **Looking forward to double dip of pleasure!!**
They are very cute and I'm sure I will enjoy them. Had a specific plan in mind and then plans changed so haven't actually used them yet!
Published 11 days ago by Eileen

★★★★★ **Great!**
By Earl Chandler on January 17, 2014
Size: 6 Taco Plates | Verified Purchase

Gave these as a gift and did they go over big!! Will order some for myself. Like that there are 6 and not the normal 4 in a pkg.

Comment | 6 people found this helpful. Was this review helpful to you? [ Yes ] [ No ]  Report abuse

★★★★★ **Five Stars**
The plates are larger than we thought which is great and they are perfect!
Published 20 days ago by Lyon Milne

★★★★★ **Taco Eatin Essentials**
By Jeff on February 14, 2015
Size: 6 Taco Plates | Verified Purchase

★★★★★ **Fun and Festive!!**
These dishes are really nice and work great for serving tacos. They are sturdy and roomy and very colorful. Lots of fun!

These plates are great on "Taco Night". No more will you perfectly construct your tacos only to have them fall over and spill all of the contents on the table. Now, you can put that off until you bite into the taco and the bottom cracks and spills the contents down your shirt front.

Comment | One person found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

##### ☆☆☆☆☆ Taco night just got more fun and less messy
By M. Aziz on September 23, 2014
Size: 6 Taco Plates | Verified Purchase

Taco night just got more fun and less messy. Love these plates! The colors are fun. Microwaveable and dishwasher safe. Quality Made in the USA enough said!

Comment | 5 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

##### ★☆☆☆☆ These plates are such a great idea. They have space for three to four ...
By MySnow on March 18, 2016
Size: 6 Taco Plates | Verified Purchase

Purchased the set of six taco plates for use by our family of frequent taco makers and eaters. Yay! No more taco holders that slide all over your plate. These plates are such a great idea. They have space for three to four tacos; we make the regular hard shell tacos. Two sections at one end can hold extras such as refried beans, toppings. The length of the internal space of the plate is 11 inches; this is not including the external lip of the plate, so a very good size. Sturdy and easy to hold.

Comment | One person found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

##### ☆☆☆☆☆ great for parties, and kids!
By scientific mom on October 28, 2014
Size: 6 Taco Plates

We love these, the kids especially. And it makes filling tacos much easier! The smallest taco slot definitely only fits what I would call a "regular" size taco shell. The bigger ones they have in stores lately fit in the other two slots. The "stand n stuff" shells with the flat bottoms don't fit, however, these stand them for you anyway! For people who want both hard and soft shell, I put the soft shell in the middle between two hard shells and they hold the soft shell up.
The two side spots fit rice and beans well, or guacamole, sour cream, pico de gallo, etc. We've put them in the microwave and dishwasher (top rack) may times, and they haven't warped or anything. Ordering more as a gift!

Comment | 3 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

##### ☆☆☆☆☆ Taco Plates in assorted colors
By Magda on December 28, 2013
Size: 6 Taco Plates | Verified Purchase
TACO PLATES:

At last, NO more spilled tacos. These work great and makes it easier to make tacos and have them stand up!
Like the color asst. too

Comment | 3 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

##### ☆☆☆☆☆ THE BEST
By JK Brady on January 7, 2014
Size: 6 Taco Plates | Verified Purchase

These are so fun and fuctionable!! We love them!! and all the children want them also....( will give them the website:)

Comment | 2 people found this helpful. Was this review helpful to you? [Yes] [No] Report abuse

See all 54 customer reviews (newest first) ›

[Write a customer review]

---

##### ☆☆☆☆☆ Nice set.
Great set of bowls for company, easier to serve salsa and chips or dip and veggies. Nice array of colors. Great for summer time outdoors, no worry about glass breaking.
Published 1 month ago by blue eyes

##### ☆☆☆☆☆ So convenient!
These bowls are amazing! I usually use them for chips and salsa and its great there is just one dish to clean.
Published 1 month ago by Amanda J

##### ☆☆☆☆☆ Five Stars
Cute
Published 1 month ago by Allison

##### ☆☆☆☆☆ Great for parties
I purchased these to use at a large gathering so that each table would have it's own chips and dips. Worked great. Oh, and they wash beautifully in the top shelf of the dishwasher.
Published 1 month ago by Oleta Mcgregor

##### ☆☆☆☆☆ Taco night is so much better with these plates
Taco night is so much better with these plates! If your tired of you tacos falling over as you make them you need these plates!!! LOVE
Published 1 month ago by Amazon Customer

##### ★★★☆☆ Three Stars
not what I expected
Published 3 months ago by Kenneth R. McMillan

##### ★★★★☆ Otherwise a very good buy.
Wish the dish itself was a little deeper. Tacos want to bend over and not stand upright. Otherwise a very good buy.
Published 4 months ago by Barbara H.

**Search Customer Reviews**

[ 🔍 ] [Search]

---

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Fiesta Taco Holder Plates Set of Six Multi Colored Plates

[Set up a giveaway]

---

## Customers Who Viewed This Item Also Viewed

Page 1 of 11







| Fiesta Taco Plates, Set of 4 by WalterDrake | (Set/4) Taco Divider Plates Set - Keep Shells Upright Dish W/ Side Sections | TacoProper Taco Holder FiestaPak Set of 12 | Taco Stand Up Holders - 8 Pack | Set of 2 Fiesta Taco Tray, Perfect for Serving Taco's |
|---|---|---|---|---|
| ★★★★☆ 115 | ☆☆☆☆☆ 28 | ★★★★☆ 402 | ★★★★☆ 203 | ★★★★☆ 2 |
| $14.49 *Prime* | $14.95 *Prime* | $9.99 *Prime* | $16.94 *Prime* | $18.00 *Prime* |





Ad feedback

Pages with Related Products. See and discover other items: plate set

Back to top



Ad feedback

Pages with Related Products. See and discover other items: plate set

Back to top

### Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

### Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| Amazon Drive | 6pm | AbeBooks | ACX | Alexa | Amazon Business |
| Unlimited Cloud Storage From Amazon | Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Actionable Analytics for the Web | Everything For Your Business |
| AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Video Direct | Amazon Web Services |
| Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Free Digital Educational Resources | Video Distribution Made Easy | Scalable Cloud Computing Services |
| Audible | BeautyBar.com | Book Depository | Casa.com | ComiXology | CreateSpace |
| Download | Prestige Beauty | Books With Free | Kitchen, Storage | Thousands of | Indie Print Publishing |

| | | | | | |
|---|---|---|---|---|---|
| Audio Books | Delivered | Delivery Worldwide | & Everything Home | Digital Comics | Made Easy |
| Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates