

## Suggested lower prices

Your price is higher than other offers on Amazon.com for the products below, as of August 17, 2016. Consider matching the suggested lower prices to make your offers more competitive. *Note: Prices below include shipping.*

**See your pricing recommendations**



### Fiesta Taco Plates, Set of 4 by WalterDrake

| | |
|---|---|
| Sales in the last 7 days | 0 |
| Your price ($) | 18.99 |
| Lowest price* ($) | 13.99 |
| Suggested lower price** ($) | 13.99 |

**Update price**

Visit your Pricing Dashboard on Seller Central.

*Lowest price is the lowest price available for listings in the same condition.

**Suggested lower price is based on historical selling prices, recent Buy Box-eligible prices, input from customers for your products, and other factors.

Was this email helpful?

This email was automatically generated for Natural State Mercantile.
If you have any questions, please visit Seller Central Help.
To change your email preferences, go to Notifications Options.

(c) 2016 Amazon, Inc. or its affiliates. All rights reserved.
Amazon.com, 410 Terry Avenue North, Seattle, WA 98109-5210

Exhibit 6